UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DANIEL PROFFITT,<br><br>    Petitioner,<br><br>v.<br><br>PATRICK COVELLO,<br><br>    Respondent. | 2:20-cv-01958-JDP-P<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. Plaintiff has not paid the $5.00 filing fee or submitted an application to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send petitioner an IFP application form for a habeas corpus action.

2. Within forty-five days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative pay the $5.00 filing fee for this action. No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.

Dated: October 12, 2020

_____
UNITED STATES MAGISTRATE JUDGE

1